# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:20-CV-06323

Date Filed: _____

Plaintiff:
**Katherine Brooks**

vs.

Defendant:
**Curaleaf, Inc.**

For:
Kazerouni Law Group, APC
245 Fischer Ave.
Suite D1
Costa Mesa, CA 92626

Received by Sano Attorney Service to be served on **Curaleaf, Inc., a Delaware corporation, 251 Little Falls Drive, Willmington, DE 19808**.

I, Danielle Stevens, do hereby affirm that on the **3rd day of September, 2020** at **1:57 pm, I:**

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Court Conference; Civil Case Management Plan; Individual Rules of Practice; Individual Practices of Magistrate Judge** to: **Corporation Service Company, Lynanne Gares Authorized Person,** at the address of: **251 Little Falls Drive, Willmington, DE 19808**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
Danielle Stevens

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2020004919
Ref: Brooks v. Curaleaf
Service Fee: $116.25