UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE BROOKS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>CURALEAF, INC.,<br><br>        Defendant. | 20-cv-6323 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

   Plaintiff Katherine Brooks brings claims against defendant Curaleaf, Inc., alleging that defendant has sent unsolicited text messages to her and the putative class of individuals she represents using an automatic telephone dialing system in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. Before the Court is defendant's motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

   Upon consideration, the Court denies defendant's motion to dismiss. An opinion explaining the reasons for this ruling will follow in due course.

SO ORDERED.

Dated:   New York, NY                                    _____

         November 30, 2020                                JED S. RAKOFF, U.S.D.J.

1