UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE BROOKS, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>CURALEAF, INC.,<br><br>       Defendant. | 20-cv-6323 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

It is hereby ordered that for good cause shown the time for Defendant Curaleaf, Inc. to respond to the Complaint is extended until December 28, 2020.

SO ORDERED.

Dated:   New York, NY

          December 14, 2020                  JED S. RAKOFF, U.S.D.J.

1