UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 20-cv-06323 (JSR)

KATHERINE BROOKS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

CURALEAF INC., a Delaware corporation,

    Defendant.

## ~~PROPOSED~~ STIPULATION AND ORDER
## FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff KATHERINE BROOKS and Defendant CURALEAF, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the entry of a Final Order of Dismissal With Prejudice as follows and request the Court to enter the Final Order of Voluntary Dismissal With Prejudice:

1. This action, and all claims that were or could have been brought, is dismissed with prejudice.

2. The Parties shall bear their own attorneys' fees and costs.

WHEREFORE, the Parties respectfully request the Court to enter the Final Order of Voluntary Dismissal With Prejudice.

Respectfully submitted,

Plaintiff:

_____
Siddartha Rao
Romano Law, PLLC
55 Broad Street
18th Floor
New York, NY 10004
Telephone: (212) 865-9848
sid@romanolaw.com

--and--

_____
Abbas Kazerounian
Yana Hart
Kazerouni Law Group, APC
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
abbas@kazlg.com
yana@kzlg.com

Counsel for Curaleaf:

_____
Louis Smith
Rebecca Zisek
Greenberg Traurig, LLP
500 Campus Drive
Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
smithlo@gtlaw.com
zisekr@gtlaw.com

_____
John L. McManus
Greenberg Traurig, P.A.
401 East Las Olas Boulevard,
Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477
mcmanusj@gtlaw.com

SO ORDERED:

_____
Honorable Jed S. Rakoff, U.S.D.J.
1/21/2021

Copies to: All Counsel and Parties of Record